# United States District Court
## Central District of California

REDACTED

| | |
|---|---|
| UNITED STATES OF AMERICA vs. | Docket No. CR - 96-1127 CBM |
| Defendant's Name: ROB LESTER | Social Security No. ▓▓▓-▓▓-2793 / ▓▓▓-▓▓-2993 |
| & Residence Address: ROBERT K. LESTER T/N AKA: Robert Lester Nall | Mailing Address: ▓▓▓▓▓▓▓▓▓▓ Anaheim, CA ▓▓▓▓▓ |

FILED CLERK, U.S. DISTRICT COURT DEC 28 1998 CENTRAL DISTRICT OF CALIFORNIA DEPUTY

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date. **Dec. 18, 1998**

**COUNSEL**
[ ] WITHOUT COUNSEL — However, the Court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.
[X] WITH COUNSEL — David Dudley, retained
(Name of Counsel)

**PLEA**
[X] GUILTY, and the Court being satisfied that there is a factual basis for the plea.  [ ] NOLO CONTENDERE  [ ] NOT GUILTY

**FINDING**
There being a finding/verdict of [X] GUILTY, defendant has been convicted as charged of the offense(s) of:

Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine (Count 1) in violation of 21 USC 846, 841(a)(1), a Class B Felony; Laundering of Monetary Instruments (Count 3), in violation of 18 USC 1956(a)(1)(A)(i) and (2), a Class C Felony

**JUDGMENT AND PROB./COMMITMENT ORDER**

The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of: Thirty Seven (37) Months, as to each of Counts 1 and 3, said terms to commence and run concurrenlty.
Upon release from imprisonment, the defendant shall be placed on supervised release for a period of Five (5) Years, as to each of Counts 1 and 3, said terms to commence and run concurrently, upon the following terms and conditions: 1. the defendant shall comply with the rules and regulations of the U. S. Probation Officer and General Order 318; 2. if the amount of mandatory assessment or fine imposed by this Judgment remains unpaid at the commencement of the term of community supervision, the defendant shall pay such remainder as directed by the Probation Officer; 3. the defendant shall participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer. The defendant shall abstain from using illicit drugs, alcohol and abusing prescription medications during the period of supervision; 4. as directed by the Probation Officer, the defendant shall provide to the Probation Officer an accurate financial statement, with supporting documentation as to all sources and amounts of income and all expenses of the defendant. In addition the defendant shall provide federal and state income tax returns as requested by the Probation Officer; 5.the defendant shall not obtain or possess any driver's license, Social Security number, birth certificate, passport or any other form of identification without the prior written approval of the Probation Officer; further, the defendant shall not use, for an purpose or in any manner, any name other than his true legal

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

[ ] This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center.

Signed By: [X] U.S. District Judge _CONSUELO B. MARSHALL_     [ ] U.S. Magistrate Judge

ENTERED ON ICMS DEC 30 1998

SHERRI R. CARTER, CLERK

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

DEC 18 1998
Dated/Filed

By _____ Deputy Clerk

AO-245-A (01/90)

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this Judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependents and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall not possess a firearm or other dangerous weapon;
16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____, the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____   BY: _____

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____   BY: _____

JUDGMENT AND PROBATION/COMMITMENT ORDER

United States District Court
Central District of California

UNITED STATES OF AMERICA

vs

ROBERT K. LESTER

Docket No. CR - 96-1127 CBM

Date  Dec. 18, 1998

## JUDGMENT AND PROBATION/COMMITMENT ORDER

Continued from Page 1

name, to wit: Robert K. Lester; and 6. the defendant shall perform 1,000 of community service, which shall be approved by the U. S. Probation Office, in lieu of a fine.
It is further ordered that the defendant shall pay to the United States a special assessment of $100.
All fines and costs are waived, including the costs for imprisonment and supervision.
IT IS ORDERED that the sentence, as to imprisonment, be stayed until January 19, 1999 at 12:00 noon, at which time the defendant shall surrender to the facility designated by the Bureau of Prisons, or if not designated, the defendant shall surrender to the custody of the U. S. Marshal, on the same date and time.
THE COURT RECOMMENDS that the defendant be afforded the opportunity to participate in the Bureau of Prisons Boot Camp Program, when the defendant become eligible.
THE COURT FURTHER RERCOMMENDS that the defendant be designed to the following institutions in order of priority: 1. FCI Boron; 2. FCI Lompoc; and 3. FCI Nellis.
The defendant's bond shall be exonerated upon surrender.

Signed By: [x] U.S. District Judge _CONSUELO B. MARSHALL_   [ ] U.S. Magistrate _____

DEC 18 1998

Dated/Filed _____

SHERRI R. CARTER, CLERK
By _____
Deputy Clerk

Page Two of Two Pages

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this Judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependents and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall not possess a firearm or other dangerous weapon;
16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____, the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____    BY: _____

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____    BY: _____